

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 20, 2024

The conference is adjourned to November 15, 2024, at 10:00 a.m.

**VIA ECF**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

SO ORDERED.

Dated: 9/23/24           /s/ Alvin K. Hellerstein
New York, New York    ALVIN K. HELLERSTEIN
                                   United States District Judge

Re: *Jawad Elatab v. MediaTakeOut.com LLC*,
    Case No. 1:24-cv-04008-AKH

Dear Judge Hellerstein:

    We represent plaintiff Jawad Elatab ("*Plaintiff*") in the above captioned action. Pursuant to Paragraphs 1(A) and 1(D) of Your Honor's Individual Practices, Plaintiff respectfully requests an adjournment *sine die* of the September 27, 2024, Status Conference.

    In support of this Motion, Plaintiff includes the following:

(1) The Court has scheduled a Status Conference for September 27, 2024, at 10:00 a.m. (*Dkt. No. 16)*;

(2) This is Plaintiff's first request for an adjournment and/or extension of time and there are no further scheduled dates regarding this action;

(3) Good cause exists for the instant request as defendant MediaTakeOut.com LLC ("*Defendant*") has yet to enter an appearance in this action or respond to the Clerk's issuance of a Certificate of Default (*Dkt. No. 15)*;

(4) As Defendant has yet to enter an appearance in this action, there is no party with which Plaintiff can confer regarding their consent to this request;

(5) Plaintiff intends to move for default judgment within thirty (30) days of the date of this submission.

    The instant request is made in good faith and granting the requested adjournment will not prejudice any party to this matter. Thank you for your consideration of this request.



Respectfully submitted,

/s/ *Joshua D. Vera*
Joshua D. Vera
*Counsel for Plaintiff*

cc: Counsel of Record