UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAWAD ELATAB,<br><br>                    Plaintiff,<br><br>           v.<br><br>MEDIATAKEOUT.COM LLC,<br><br>                    Defendant. | Case No.: 1:24-cv-04008-AKH |

## [~~PROPOSED~~] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff Jawad Elatab (*"Plaintiff"*) for entry of a default judgment against the defendant MediaTakeOut.com LLC (*"Defendant"*) under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS,** Defendant has not filed an answer, notice of appearance, or any opposition to Plaintiff's motion for default judgment; and was duly served with process

**ORDERED ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); and it is further

**ORDERED** that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works as identified in Exhibit 1 to Plaintiff's complaint; and it is further

**ORDERED** that Defendant shall pay $5,000.00 in statutory damages under 17 U.S.C. § 504(c); and it is further

**ORDERED** that Defendant shall pay $4,860.00 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photographs as identified in Exhibit 1 to Plaintiff's Complaint; and it is further

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED** that this case is closed.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: Nov. 4, 2024

SO ORDERED.

Alvin K. Hellerstein
United States District Judge